IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMARIOUS BROOKS, | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:16-cv-3275-AT |
| ERIC BLEVINS, et al, | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on a Motion for Partial Summary Judgment filed by Defendants Wheaton Van Lines d/b/a Wheaton World Wide Moving and Eric Blevins. (Doc. 40.)  A review of the docket indicates Plaintiff has failed to respond to Defendants' motion.  Under Local Rule 7.1(B), the Court may construe the motion as unopposed.  LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").  However, as the Court's preference is to consider the merits of the pending motion, Plaintiff is **ORDERED** to file within 5 days of this order a notice indicating whether Plaintiff in fact opposes Defendants' Motion for Partial Summary Judgment.  If Plaintiff does oppose the motion, Plaintiff is **DIRECTED** to file a full response

consistent with the requirements of Fed. R. Civ. Proc. 56 and Local Rule 56.1 by November 2, 2017. No extensions will be granted.

**IT IS SO ORDERED** this 11th day of October, 2017.

_____
Amy Totenberg
United States District Judge